AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America<br>v.<br><br>1- Linda Nicole Moreno, YOB: 1986 (USA),<br>2- Aaron Ortiz, YOB: 1988 (USA)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 7:18 mj 2198<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/25/2018_____ in the county of _Hidalgo_____ in the
_Southern_____ District of _Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 4.732 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☐ Continued on the attached sheet.

_approved by_

Sworn to before me and signed in my presence.

Date: _____10/26/2018 -5:24pm___

City and state: _McAllen, Texas_____

_____
*Complainant's signature*

Danielle Martin, DEA Special Agent
_____
*Printed name and title*

_____
*Judge's signature*

Juan F. Alanis, US Magistrate Judge
_____
*Printed name and title*

1. On October 25, 2018, agents executed a federal search warrant at an apartment on Jason Street, in Edinburg, Texas. Aaron ORTIZ and Linda MORENO were the only individuals present at the residence at that time.

2. A search of the residence revealed four (4) packages and one (1) bag of suspected methamphetamine. Agents also located numerous flat cardboard shipping boxes and a large box full of material commonly utilized to wrap and distribute narcotics. The total weight of the suspected methamphetamine located in the apartment was approximately 4.732 kilograms. Upon locating the methamphetamine in the apartment, both ORTIZ and MORENO were detained by agents and later transported to the DEA McAllen District Office.

3. Agents conducted an interview of ORTIZ. SA Estrada read ORTIZ his Miranda Warnings out loud. ORTIZ stated that he waived his rights and agreed to be interviewed by agents. ORTIZ stated that he had knowledge of the methamphetamine inside the residence and told agents where the methamphetamine was located. ORTIZ also stated that he helped MORENO package the methamphetamine that was located inside the residence.

4. Agents conducted an interview of MORENO. GS Townsend read MORENO her Miranda Warnings out loud. MORENO stated that she waived her rights and agreed to be interviewed by agents. MORENO stated that she received the methamphetamine earlier that same day. MORENO stated that she was going to sell the methamphetamine to an unknown male from San Antonio, TX that same night.

5. Agents subsequently field tested the four (4) packages and one (1) bag containing suspected methamphetamine at the DEA McAllen District Office, which tested positive for characteristics of methamphetamine.